IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHARON D. HARDMAN                                                                                      PLAINTIFF

v.                              Case No. 5:19-cv-00227-LPR

ANDREW SAUL, in his official capacity
as COMMISSIONER OF SOCIAL SECURITY                                         DEFENDANT

## JUDGMENT

Pursuant to the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of the Defendant on all claims.

IT IS SO ADJUDGED this 2nd day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE