August 8, 2022

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 8 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

The United States District Court
Eastern District of Arkansas
Pine Bluff Division

Sharon D. Hardman

Re: Case No. 5-19 CV000227 JM

Dear Sirs:

I am appealing the court's decision on April 2, 2021 for Case No. 5-19 CV-000227 JM.

The reason for this late appeal, my attorney did not give me the Judgement Decision dated April 2 2021 until July 27, 2022.

Sincerely,

*Sharon D. Hardman*

Sharon D. Hardman

609 East 28th Avenue
Pine Bluff, Arkansas 71601

## Office 0123

**From:** Sharon D. Hardman <sharond.hardman@yahoo.com>
**Sent:** Monday, August 8, 2022 9:59 AM
**To:** Office 0123
**Subject:** [EXTERNAL] Fwd: Copy of Dismissal Notice  Case No. 5:19-CV000227JM `

**Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.**

Sent from my iPhone

Begin forwarded message:

> **From:** Aporte5640 <aporte5640@aol.com>
> **Date:** July 26, 2022 at 7:18:32 PM CDT
> **To:** sharond.hardman@yahoo.com
> **Subject: Re: Copy of Dismissal Notice  Case No. 5:19-CV000227JM** `
> **Reply-To:** Aporte5640 <aporte5640@aol.com>
>
> Ms. Hardman:
>
> I am sorry about that.  I will get that out to you tomorrow.
>
> Austin Porter Jr.
>
> -----Original Message-----
> From: Sharon D. Hardman <sharond.hardman@yahoo.com>
> To: Aporte5640@aol.com <Aporte5640@aol.com>
> Cc: Sharon D. Hardman <sharond.hardman@yahoo.com>
> Sent: Tue, Jul 26, 2022 2:33 pm
> Subject: Copy of Dismissal Notice Case No. 5:19-CV000227JM `
>
> July 26, 2022
>
> Dear Attorney Porter:
>
> Per our conversation on Wednesday,  July 20, 2022, please send me a copy of dismissal notice.
>
> Thank You

Sharon Hardman
Sent from Mail for Windows

.

2